# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Juventino Ayala, et al.

v.                                             Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium Association

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Jason B Libby**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 5/3/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 2, 2023

Nathan Ochsner, Clerk