United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUVENTINO AYALA, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00253 |
| § | |
| 4600 OCEAN DRIVE CONDOMINIUM § ASSOCIATION, § § | |
| Defendant. § | |

## MEDIATOR'S REPORT

Pursuant to the Court's March 21, 2023 Order, the parties were ordered to mediate before the undersigned Magistrate Judge. (D.E. 33). Mediation was set for today's date. (D.E. 36). However, the undersigned canceled the mediation due to the apparent conflict between Plaintiff's counsel and one of the Plaintiffs. The undersigned instructed counsel to bring this matter to the attention of the District Judge by filing appropriate motions on or before **May 10, 2023**. The undersigned is available to mediate this case when the parties are ready.

ORDERED on May 3, 2023.

Jason B. Libby
United States Magistrate Judge