IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                     **PLAINTIFFS**

vs.                              No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**          **DEFENDANT**

**<u>PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>**

On the date set forth below, upon Sanford Law Firm's Unopposed Motion to Withdraw as Counsel for Plaintiff Tamy Chapa, this Court hereby finds, orders, adjudges, and decrees as follows:

1.   Sanford Law Firm's Motion to Withdraw as Counsel for Plaintiff Tamy Chapa is GRANTED; and

2.   This case is stayed for forty-five days so that Plaintiff Tamy Chapa may obtain new counsel.

SIGNED this _____ day of _____, 2023.


_____
Hon. _____
United States _____ Judge