United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUVENTINO AYALA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00253 |
| | § | |
| 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING ATTORNEY WITHDRAWAL AND TEMPORARY STAY

Before the Court is the Motion to Withdraw as Counsel for Plaintiff Tamy Chapa (D.E. 39) filed by attorneys Colby Qualls, Josh Sanford and Sanford Law Firm, PLLC. No response or objections have been filed within the time permitted for doing so. *See* United States District Court for the Southern District of Texas Local Rule 7. After due consideration, the Court **GRANTS** the motion, **WITHDRAWS** the appearance of attorneys Colby Qualls, Josh Sanford and Sanford Law Firm, PLLC as counsel for Plaintiff Tamy Chapa only, and **STAYS** this case until July 17, 2023 so that Plaintiff Tamy Chapa may obtain new counsel. The Court **CAUTIONS** Plaintiff Tamy Chapa that, after the expiration of the stay and without further order, this matter will continue to proceed toward judgment whether or not she obtains new counsel.

**ORDERED** on June 1, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE