## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Juventino Ayala, et al.

v.                                                    Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium
Association

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/7/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   July 27, 2023

Nathan Ochsner, Clerk