# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 02 2023

Nathan Ochsner, Clerk of Court

20230727-55

Tamy Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, July 27, 2023
Case Number: 2:21-cv-00253
Document Number: 42 (1 page)
Notice Number: 20230727-55
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

NORTH HOUSTON TX
27 JUL 2023 PM 7 L

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.63
02 1W
0001374615 JUL. 27. 2023

United States Courts
Southern District of Texas
FILED
AUG 02 2023
Nathan Ochsner, Clerk of Court

NIXIE    782  DE 1      0007/31/23

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 77208101010    *2133-01849-27-42*