IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                              **PLAINTIFFS**

vs.                                    No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**          **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff Juventino Ayala, states as follows:

1.  The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.  Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff Juventino Ayala.

3.  Pursuant to Local Rule 83.2, Attorney Colby Qualls moves to be withdrawn as counsel for Plaintiff Juventino Ayala.

4.  This request is not being sought for the purpose of delay and will not prejudice any party.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiff Juventino Ayala.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, Colby Qualls, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record, and that a true and correct copy of the foregoing MOTION was mailed to Plaintiff Tamy Chapa at her last known address, as well as emailed to her:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Tonya Beane Webber, Esq.
PORTER, ROGERS, DAHLMAN & GORDON, P.C.
800 N. Shoreline Blvd, Suite 800 South
Corpus Christi, Texas 78401
twebber@prdg.com

Ms. Tamy Chapa
c/o David Calderon
422 Bartlett Dr.
Corpus Christi, TX 78408

*/s/ Colby Qualls*
**Colby Qualls**