IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                               **PLAINTIFFS**

vs.                                     No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**                **DEFENDANT**

**PROPOSED ORDER GRANTING MOTION
TO WITHDRAW—ATTORNEY COLBY QUALLS**

Before the Court is Plaintiff Juventino Ayala's Attorney Colby Qualls' Motion to Withdraw as Counsel ("Motion"). After considering the Motion, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Colby Qualls is to be relieved as counsel for Plaintiff Juventino Ayala and that his appearance is withdrawn.

It is so **ORDERED**.

SIGNED on this _____ day of _____, 2023.

                                                                  _____
                                                                           Hon. _____
                                                                  United States _____ Judge