United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                                    **PLAINTIFFS**

vs.                                    No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**                   **DEFENDANT**

## ORDER GRANTING MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Before the Court is Plaintiff Juventino Ayala's Attorney Colby Qualls' Motion to Withdraw as Counsel ("Motion"). After considering the Motion, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Colby Qualls is to be relieved as counsel for Plaintiff Juventino Ayala and that his appearance is withdrawn.

It is so **ORDERED**.

SIGNED on this _____ day of  8/11/23 , 2023.

Hon. **Nelva Gonzales Ramos**
United States Magistrate Judge