IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                                    **PLAINTIFFS**

vs.                                       No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**                          **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiff Juventino Ayala. Mr. Short certifies that he is a member in good standing of the Bar of the Southern District of Texas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff Juventino Ayala's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE OF APPEARANCE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Tonya Beane Webber, Esq.
PORTER, ROGERS, DAHLMAN & GORDON, P.C.
800 N. Shoreline Blvd, Suite 800 South
Corpus Christi, Texas 78401
twebber@prdg.com

Notice has been delivered by other means to:

Ms. Tamy Chapa
1303 Ayers Street
Corpus Christi, Texas 78408
*Pro Se*

/s/ Sean Short
**Sean Short**