# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

*United States Courts*
*Southern District of Texas*
*FILED*
*AUG 21 2023*
*Nathan Ochsner, Clerk of Court*

20230814-32

Tamy Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, August 14, 2023
Case Number: 2:21-cv-00253
Document Number: 46 (1 page)
Notice Number: 20230814-32
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED
AUG 21 2023
Nathan Ochsner, Clerk of Court

NIXIE   782   DE 1   0008/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 77208101010   *1365-03971-1