UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUVENTINO AYALA and TAMY CHAPA | § § § § | |
| Plaintiffs, | | |
| vs. | § § § | CIVIL ACTION No. 2:21-cv-253 |
| 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION | § § § | |
| Defendant. | § | |

**CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT,
4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Pursuant to the Order for Conference and Disclosure of Interested Parties, Defendant, **4600 Ocean Drive Condominium Association**, gives notice to the Court and Plaintiffs that the following persons may have a financial interest in the outcome of this civil action:

1. Plaintiffs, Juventino Ayala and Tamy Chapa

2. Counsel for Plaintiff Ayala, Sanford Law Firm, PLLC

3. Defendant, 4600 Ocean Drive Condominium Association

4. Unit owner 101, Edna Hernandez

5. Unit owner 102, A Touch of Health

6. Unit owner 103B, Bill Defratis

7. Unit owner 104, Bill Defratis

8. Unit owner 201, Gideon and Dot Mecum

9. Unit owner 202, Wallgren Trust

10. Unit owner 203, Barbra Bukowski

11. Unit owner 204, Ben and Patti Buchholtz

12. Unit owner 205, Karen Adams

13. Unit owner 206, Sharvani and Craig Farquhar

14. Unit owner 207, Jack and Yvonne Youngblood

15. Unit owner 208, Norman Zacek

16. Unit owner 301, Harold York

17. Unit owner 302, Helen Gonzales

18. Unit owner 303, Jose T. Robinson

19. Unit owner 304, Janet Lee

20. Unit owner 305, Zehara Surani

21. Unit owner 306, Daniela and David Kindley

22. Unit owner 307, Alma Cahan

23. Unit owner 308, Roland Gonzalez

24. Unit owner 401, Moe and Karen Mollaei

25. Unit owner 402, Kyle and Carol Lucas

26. Unit owner 403, Doug St. Onge

27. Unit owner 404, Cheryl Cooksey

28. Unit owner 405, John and Nicole Flores

29. Unit owner 406, Mark Nelson

30. Unit owner 407, Trisha Moni

31. Unit owner 408, Robert Reed

32. Unit owner 501, Gary Hofman

33. Unit owner 502, Dennis and Caroline Norris

34. Unit owner 503, Jim and Lois Landrum

35. Unit owner 504, Valda Tamze

36. Unit owner 505, Judith Lewandos

37. Unit owner 506, Phillip Albright

38. Unit owner 507, Jean Inman

39. Unit owner 508, Bo and Johanna Ahrel

40. Unit owner 601, Suezell Rawski

41. Unit owner 602, Bill Sissamis

42. Unit owner 603, Kim and Eugene Cran

43. Unit owner 604, Bill Sissamis

44. Unit owner 605, Steve and Laura Johnson

45. Unit owner 606, Jamie Josephs

46. Unit owner 607, Ben Hudson

47. Unit owner 608, Judy and Carlton Potts

48. Unit owner 701, Kristin and Daniel Mulkey

49. Unit owner 702, Laura Monahan

50. Unit owner 703, Siul Rivera

51. Unit owner 704, Helen Pool

52. Unit owner 705, Mary Mealy

53. Unit owner 706, Robert Wooster and Catherine Cox

54. Unit owner 707, Lori Needham and Jim Keefover

55. Unit owner 708, Robert Wooster and Catherine Cox

56. Unit owner 801, Dale Day
57. Unit owner 802, Alejandro Jiminez
58. Unit owner 803, Craig Tornga
59. Unit owner 804, Michael Salinas
60. Unit owner 805, Mark Oser
61. Unit owner 806, Jeff Beavers
62. Unit owner 807, Michael Murphy
63. Unit owner 808, John Flores
64. Unit owner 901, Michael Sharp
65. Unit owner 902, Carr and Martha Skinner
66. Unit owner 903, Richard Russell
67. Unit owner 904, Debra Trevino
68. Unit owner 905, Kimberly Skidmore
69. Unit owner 906, Margaret Cleabes
70. Unit owner 907, Jeff Alkire and Patricia Money
71. Unit owner 908, Roger Barber
72. Unit owner 1001, Lucinda Bandenhop
73. Unit owner 1002, Matty Boyett
74. Unit owner 1003, Gene and Debbie Hernandez
75. Unit owner 1004, Bill Moon
76. Unit owner 1005, Gene and Debbie Hernandez
77. Unit owner 1006, Lindsey Remme
78. Unit owner 1007, Katherine Holman

79. Unit owner 1008, Clay Ellis

          Respectfully submitted,

*/s/ Tonya B. Webber*

**Tonya Beane Webber**
So. Dist. I.D. No. 6145
Texas Bar No. 21042300
Email: twebber@prdg.com
(361) 880-5824 – Direct line
(361) 880-5844 – Telefax

**ATTORNEY IN CHARGE FOR DEFENDANT, 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 800 South
Corpus Christi, Texas  78401
Telephone:   (361) 880-5808
Telefax:       (361) 880-5844
Trinity Plaza II
745 E. Mulberry Ave., Suite 450
San Antonio, Texas 78212
Telephone:    (210) 736-3900
Telefax:        (210) 736-1992

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2023, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

**VIA ELECTRONIC MAIL:**
Counsel for Plaintiff Juventino Ayala,
Josh Sanford
Colby Qualls
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

      I hereby certify that on August 23, 2023, a true and correct copy of the above and foregoing instrument was electronically forwarded to the following:

**VIA ELECTRONIC MAIL:** fortiscue71@gmail.com
Tamy Chapa, Pro Se
Last Known Address
1303 Ayers Street
Corpus Christi, Texas 78404

*/s/ Tonya B. Webber*

**Tonya Beane Webber**