# Trisha Gonzales

| | |
|---|---|
| **From:** | Tonya Webber |
| **Sent:** | Friday, August 18, 2023 8:39 AM |
| **To:** | fortiscue71@gmail.com; sean@sanfordlawfirm.com |
| **Cc:** | Trisha Gonzales; Tonya Webber |
| **Subject:** | 4600/Ayala - Joint Conference 8669069888,,,1930690#. |
| **Attachments:** | Joint Report of the Meeting and Joint Discovery-Case Management Plan (rec'd from Lydia 12-21-21).docx |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | fortiscue71@gmail.com | |
| | sean@sanfordlawfirm.com | |
| | Trisha Gonzales | |
| | Tonya Webber | Read: 8/18/2023 12:32 PM |

Ms. Chapa:

Juventino Ayala's counsel and I have agreed to conduct a conference call regarding the case at 3:30 p.m. on Monday, August 21, 2023, at 3:15 p.m. This is a conference required by Federal Rule 26 of all parties to reach an agreement regarding contested issues in the case, deadlines for discovery, and other preliminary matters. The Court has required that we file the Joint Report of this meeting no later than August 24, 2023. There is an attached draft that was prepared last summer by your former attorney. The dates will need to be changed, but at least it gives you an idea of what we are trying to achieve. The conference typically takes 30-60 minutes.

To join the conference, call this number at 3:15 p.m.: 8669069888,,,1930690#. You may also be able to "peck" the number from here or the subject line of the email if you have an iPhone. You will hear a series of beeps and then be asked to announce your name. If you are unable to peck the number, you will not be able to dial the commas, so just dial the toll-free number, wait till you are prompted, and dial the second number adding the hashtag. You may need to start with 1. You can call the number an hour in advance to be sure you can get through. Then just hang up when you get to the prompt. This is my personal ATT number, and it will not be in use at that time. No one will answer or hear you.

Kindest regards,

**Tonya Beane Webber** | **Shareholder/Director**
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
**P.O. Box 2968, 78403-2968**
**800 N. Shoreline Boulevard, Ste. 800 South**
**Corpus Christi, Texas 78401**
**Direct:  (361) 880-5824**
**Mobile: (361) 765-1861**



1

Exhibit 1





This e-mail transmission (including all attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is confidential, legally privileged and protected from disclosure.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission at it@prdg.com and destroy the original e-mail transmission.  Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature. Thank you for your cooperation.  Any document attached to this email is provided for the recipient's convenience.  Any changes or modifications made to any document attached may have a significant impact on the meaning and effectiveness of the documents.  This firm does not give any assurance as to the validity and/or effect of the documents if they are modified unless we are provided an opportunity to provide legal advice on the documents as modified. To learn more about Porter, Rogers, Dahlman & Gordon, P.C., please visit us at www.prdg.com.

Exhibit 1