

1:04 5G

37

TC

Tamy

Text Message
Thu, Jun 1 at 2:17 PM

Ms. Ayala. My name is Tonya Webber. I represent 4600 Condo Association in your lawsuit. The court has granted The Sanford Firm's motion to withdraw today and given you until July 17 to find new counsel. Before you hire new counsel who may want part of your recovery, would you be interested in speaking to me about trying to resolve the case? This is my cell obviously so text me if you're interested and we can set up a time and location like BJ Brewhouse one evening

Text Message

Cash



Exhibit 2



1:05 5G

37

TC

Tamy

received a copy of my file from Sanford as previously requested which, I'm afraid, may leave us both at a disadvantage and make any attempt to resolve this matter between us challenging, but not impossible. I look forward to hearing from you at your earliest convenience.

Hi. Thanks for responding. I tried to send the order earlier but it didn't go through. Do you have email? I'll send you the motion and order. You can then email them to email all your records immediately and they will

Text Message

Cash



Exhibit 2



Exhibit 2



Exhibit 2

Case 2:21-cv-00253   Document 51-2   Filed on 08/23/23 in TXSD   Page 7 of 9



Exhibit 2



Exhibit 2



Exhibit 2