# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Juventino Ayala, et al.

v.                                         Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium
Association

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**LOCATION:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 9/21/2023

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   September 5, 2023                              Nathan Ochsner, Clerk