**Other Events**
2:21-cv-00253 Ayala et al v. 4600 Ocean Drive Condominium Association

JKH,MEDIATION,STAYED

United States Courts
Southern District of Texas
FILED
*September 14, 2023*
Nathan Ochsner, Clerk of Court

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 8/25/2023 at 10:53 AM CDT and filed on 8/25/2023
**Case Name:**  Ayala et al v. 4600 Ocean Drive Condominium Association
**Case Number:**  2:21-cv-00253
**Filer:**
**Document Number:** No document attached

**Docket Text:**
*** Mr. Sanford and Ms. Webber have agreed to appear by Zoom for the IPTC on 9/7/2023. Parties can connect to our courtroom at: https://www.zoomgov.com/j/1617458859; Meeting ID: 161 745 8859; Dial by your location: 1 669 254 5252, 1 646 828 7666, or 1 669 216 1590; Join by SIP: 1617458859@sip.zoomgov.com. All parties must mute their audio if they are not speaking. Parties must be logged into Zoom at least 15 minutes prior to hearing start time. Per L.R. 83.7 Except by leave of the presiding judge, no photo- or electro-mechanical means of recordation or transmission of court proceedings is permitted. , filed. (bcortez, 2)

**2:21-cv-00253 Notice has been electronically mailed to:**

Joshua Jon Sanford    sanfordlawfirm@recap.email, ecfnotices@sanfordlawfirm.com

CLERK
STATES DISTRICT COURT
UTHERN DISTRICT OF TEXAS
NORTH SHORELINE, RM. 208
ORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS




Ms. Tamy Chapa

1303 Ayers Street

Corpus Christi, TX 78404

NIXIE     732   DE 1         0009/02/23
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 78401204258     *1310-02245-28-40