United States District Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUVENTINO AYALA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00253 |
| § | |
| 4600 OCEAN DRIVE CONDOMINIUM § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## SHOW CAUSE ORDER

On September 21, 2023, the Court called this matter for a pretrial conference hearing. Plaintiff Tamy Chapa was given notice of the hearing at all addresses provided by her prior counsel. She failed to appear in person or by Zoom. A failure to appear may be treated as a failure to prosecute claims. Consequently, the Court **ORDERS** Plaintiff Tamy Chapa to appear in person before the Court on **October 31, 2023, at 9:00 a.m.** and **SHOW CAUSE** why her claims in this action should not be dismissed for failure to prosecute. Counsel for Plaintiff Juventino Ayala and Defendant may appear by Zoom. The Court **ORDERS** the Clerk of Court to provide notice of this Show Cause Order to all of the physical and email addresses supplied in prior documents (D.E. 39 (last known address), 45 (certificate of service), and 51-2 (email address provided by text)).

**ORDERED** on September 21, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE