**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS

FILED
SEP 26 2023
Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
RECEIVED
SEP 26 2023
Nathan Ochsner, Clerk of Court



US POSTAGE
ZIP 78401
02 4W
0000382313

NMR
32

BC
9120

Ms. Tamy Chapa
1303 Ayers Street
Corpus Christi, TX 78404

NIXIE        782    DE 1         0009/2
    RETURN TO SENDER
    NO MAIL RECEPTACLE
    UNABLE TO FORWARD

BC: 78401204258      *1310-05930-

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

Juventino Ayala, et al.

v.                                              Case Number: 2:21-cv-00253

4600 Ocean Drive Condominium
Association

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/21/2023

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   September 18, 2023

                                                              Nathan Ochsner, Clerk

| 9/18/2023 | 54 | NOTICE of Resetting. Parties notified. Initial Conference set for 9/21/2023 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. Zoom instructions remain the same. This notice of resetting emailed and mailed to Pro se plaintiff Tamy Chapa. (BrandyCortez, 2) (Entered: 9/18/2023) |
|---|---|---|

| | |
|---|---|
| 8/25/2023 | *** Mr. Sanford and Ms. Webber have agreed to appear by Zoom for the IPTC on 9/7/2023. Parties can connect to our courtroom at: https://www.zoomgov.com/j/1617458859; Meeting ID: 161 745 8859; Dial by your location: 1 669 254 5252, 1 646 828 7666, or 1 669 216 1590; Join by SIP: 1617458859@sip.zoomgov.com. All parties must mute their audio if they are not speaking. Parties must be logged into Zoom at least 15 minutes prior to hearing start time. Per L.R. 83.7 Except by leave of the presiding judge, no photo- or electro-mechanical means of recordation or transmission of court proceedings is permitted. , filed. (bcortez, 2) (Entered: 8/25/2023) |