# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230918-42

Tamy Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States
Southern District of Texas
FILED
SEP 28 2023
Nathan Ochsner, Clerk of Court

Date: Monday, September 18, 2023
Case Number: 2:21-cv-00253
Document Number: 54 (1 page)
Notice Number: 20230918-42
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

SEP 28 2023

Nathan Ochsner, Clerk of Court

US POSTAGEized PITNEY BOWES
ZIP 77002
02 1W
0001374615 SEP. 18 2023
$ 000.63⁰

NIXIE    782    DE 1    0009/24/23
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

BC: 772081010    *1365-06300-18-47