# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS


20230921-90

Tamy Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, September 21, 2023
Case Number: 2:21-cv-00253
Document Number: 56 (1 page)
Notice Number: 20230921-90
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ᴍᴘPITNEY BOWES
ZIP 77002 $ 000.63⁰
02 1W
0001374615 SEP. 21 2023

VAL
3υ

United States Courts
Southern District of Texas
FILED

OCT 02 2023

Nathan Ochsner, Clerk of Court

RETURN TO SENDER
VACANT
UNABLE TO FORWARD