2:21cv253

United States Courts
Southern District of Texas
FILED

*October 03, 2023*

Nathan Ochsner, Clerk of Court

## Shipment facts

### Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 773496339743 |
| SHIP DATE | 9/21/23 |
| STANDARD TRANSIT | 9/22/23 before 12:00 PM |
| UPDATED DELIVERY | Pending |

### Services

| | |
|---|---|
| SERVICE | FedEx Priority Overnight |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery |

### Package details

| | |
|---|---|
| WEIGHT | 0.5 lbs / 0.23 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.5 lbs / 0.23 kgs |
| PACKAGING | FedEx Envelope |

## Travel history

SORT BY DATE/TIME: Ascending
TIME ZONE: Local Scan Time

| Date | Time | Event | Location |
|---|---|---|---|
| Thursday, 9/21/23 | 2:37 PM | Shipment information sent to FedEx | |
| | 3:31 PM | Picked up | CORPUS CHRISTI, TX |
| | 3:32 PM | Shipment arriving On-Time | CORPUS CHRISTI, TX |
| | 6:50 PM | At local FedEx facility | CORPUS CHRISTI, TX |
| Friday, 9/22/23 | 8:32 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| | 9:36 AM | On FedEx vehicle for delivery | CORPUS CHRISTI, TX |
| | 10:48 AM | Delay — Customer not available or business closed. | CORPUS CHRISTI, TX |
| | 6:23 PM | At local FedEx facility | CORPUS CHRISTI, TX |
| Monday, 9/25/23 | 7:15 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| | 7:17 AM | Delay — Package delayed | CORPUS CHRISTI, TX |
| | 7:52 AM | On FedEx vehicle for delivery | CORPUS CHRISTI, TX |
| | 10:45 AM | Delay — Customer not available or business closed. | CORPUS CHRISTI, TX |
| | 2:03 PM | At local FedEx facility | CORPUS CHRISTI, TX |
| Tuesday, 9/26/23 | 8:43 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| | 9:42 AM | On FedEx vehicle for delivery | CORPUS CHRISTI, TX |
| | 11:06 AM | Delay — Customer not available or business closed. | CORPUS CHRISTI, TX |
| | 6:30 PM | At local FedEx facility | CORPUS CHRISTI, TX |
| Wednesday, 9/27/23 | 8:13 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| Thursday, 9/28/23 | 8:12 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| Friday, 9/29/23 | 6:43 AM | At local FedEx facility | CORPUS CHRISTI, TX |
| | 3:43 PM | Returning package to shipper — Return tracking number 773592203184 | CORPUS CHRISTI, TX |