# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20230921-31

Tamy Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District
FILED
OCT 05 2023
Nathan Ochsner, Clerk of Court

Date: Thursday, September 21, 2023
Case Number: 2:21-cv-00253
Document Number: 55 (4 pages)
Notice Number: 20230921-31
Notice: The attached order has been entered.

