UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JUVENTINO AYALS**, *et al.*, § | |
|    *Plaintiffs* § | |
| **v.** § | **CIVIL ACTION NO. 2:21-CV-00253** |
| § | |
| **4600 OCEAN DRIVE CONDOMINIUM** § | |
|    *Defendant* § | |

## NOTICE OF APPEARANCE

Comes now, Tamy Chapa, Plaintiff, by and through Tinder Law Firm, LLP, John W. Tinder. and files this notice of appearance of counsel for Defendant, in the above referenced and numbered case, as attorney in charge and an attorney of record for Tamy Chapa.

                Respectfully submitted,

                /s/ John W. Tinder /s/_____
                SBN 24003060
                The Tinder Law Firm, LLP
                226 S. Tancahua St.
                Corpus Christi, TX 78401
                Telephone: (361) 857-3111
                Facsimile: (720) 306-3261
                Attorney's Email: jnylaw2010@gmail.com

                **ATTORNEYS FOR PLAINTIFF TAMY CHAPA**

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure, I hereby certify that a true, correct, and complete copy of the foregoing was served on all parties entitled to notice on this day, October 15th, 2023.

/s/ *John W. Tinder* /s/_____
John W. Tinder

**Plaintiff Juventino Ayala:**

Joshua Jon Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
501-221-0088
Email: ecfnotices@sanfordlawfirm.com
LEAD ATTORNEY

Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
501-221-0088
Email: Sean@sanfordlawfirm.com
ATTORNEY TO BE NOTICED

**Defendant 4600 Ocean Drive Condominium Association**:

Tonya Beane Webber
Webber Porter Rogers et al
800 N Shoreline Blvd Ste 800 S
Corpus Christi, TX 78401
361-880-5808
Fax: 361-880-5844
Email: twebber@prdg.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED