# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

OCT 18 2023 .

Nathan Ochsner, Clerk of Court

20230921-90

Tamy  Chapa
1303 Ayers Street
Corpus Christi, TX US 78404

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, September 21, 2023
Case Number: 2:21-cv-00253
Document Number: 56 (1 page)
Notice Number: 20230921-90
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
OCT 18 2023
Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX

US POSTAGE AND PITNEY BOWES

ZIP 77002
02 1W
0001374615 OCT 06 2023

$ 000.63°

NIXIE        782   DE   1              0010/14/23
             RETURN TO SENDER
             VACANT
             UNABLE TO FORWARD

BC: 77208101010           *2933-08927-06-45

76404-79559910    VAC