IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUVENTINO AYALA and TAMY CHAPA**                                **PLAINTIFFS**

vs.                                              No. 2:21-cv-253

**4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION**                  **DEFENDANT**

### ORDER GRANTING MOTION TO ALLOW COUNSEL FOR PLAINTIFF TAMY CHAPA TO APPEAR BY TELEPHONE AT SHOW CAUSE HEARING

NOW on the date set forth below, upon Motion to Allow Counsel for Plaintiff Tamy Chapa to Appear by Telephone at Show Cause Hearing, this Court orders as follows:

1. The Motion is GRANTED. Counsel for Plaintiff Tamy Chapa may appear by telephone at the Show Cause Hearing scheduled on October 31st, 2023, at 9:00 am.

**IT IS SO ORDERED.**

_____
**HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE**