UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Juventino Ayala, et al.

v.                                                     Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium
Association

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 4/2/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   January 30, 2024

                                                                    Nathan Ochsner, Clerk