UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUVENTINO AYALA and TAMY CHAPA <br><br> Plaintiffs, <br><br> vs. <br><br> 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION <br> Defendant. | § § § § § § § § § § | CIVIL ACTION No. 2:21-cv-253 |

### JOINT STATEMENT OF INTENT REGARDING MEDIATION

COME NOW Plaintiffs Juventino Ayala and Tamy Chapa and Defendant 4600 Ocean Drive Condominium Association (collectively, the "Parties"), and, pursuant to the Court's Scheduling Order, they provide the following statement of intent regarding mediation:

The Court referred this matter to mediation with Magistrate Judge Jason B. Libby on Wednesday, May 3, 2023. Defendant appeared for the scheduled mediation on May 3, 2023, but counsel for Plaintiffs appeared and announced a potential conflict between Plaintiffs. Plaintiffs' counsel later verified the conflict and was allowed to withdraw from representation of Plaintiff Tamy Chapa. The Court allowed Chapa time to engage counsel, and after the deadline engaged John W. Tinder as her counsel.

At the status conference ordered by the Court on October 31, 2023, the Court inquired about mediation. None of the Parties opposed the Court's suggestion that the case be referred back to Magistrate Libby to reschedule mediation.

1

2

At this juncture, counsel for Plaintiff Juventino Ayala, Sean Short, counsel for Plaintiff Tamy Chapa, John W. Tinder, and Defendant agrees with the Court's referral of the case to mediation by the Magistrate since Magistrate Libby was unable to even attempt mediation when the matter was first referred and because the Parties have continued to discuss resolution of the case. Defense counsel believes the Magistrate may be able to assist the Parties in getting the case settled.

Respectfully submitted,

*/s/ Sean Short*
Sean Short
Attorney-In-Charge
Ark. Bar No. 2015079
Josh Sanford
Tex. Bar No. 24077858
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
Email:  sean@sanfordlawfirm.com
            josh@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFF,
JUVENTINO AYALA**

 */s/ John W. Tinder*
John W. Tinder
SBN 24003060
The Tinder Law Firm, LLP
226 S. Tancahua St.
Corpus Christi, TX 78401
Telephone: (361) 857-3111
Facsimile: (720) 306-3261
Attorney's Email: jnylaw2010@gmail.com
**ATTORNEYS FOR PLAINTIFF TAMY CHAPA**

*/S/ Tonya B. Webber*
Tonya Beane Webber
Attorney-In-Charge
Tex. Bar No. 21042300
**PORTER, ROGERS, DAHLMAN
& GORDON, P.C.**
PlainsCapital Bank Building
500 N. Shoreline Blvd., Ste. 300
Corpus Christi, Texas 78401
Telephone: (361) 880-5808/Direct: 5824
Facsimile: (361) 880-5844
Email:  twebber@prdg.com
**ATTORNEYS FOR DEFENDANT**

3

**CERTIFICATE OF SERVICE**

    This is to certify that on March 4, 2024, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

                                            */s/ Sean Short*
                                            ATTORNEY FOR PLAINTIFF