UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Juventino Ayala, et al.

v.                                                           Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium
Association

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**LOCATION:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 4/3/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 18, 2024                                        Nathan Ochsner, Clerk