United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| Juventino Ayala et al. § | |
|     Plaintiffs, § | |
| v. § | Civil Action No: 2:21cv253 |
| § | |
| 4600 Ocean Drive Condominium Association § | |
|     Defendant. § | |

## ORDER

Pursuant to the scheduling order entered in this case, a Status Conference is set for April 3, 2024. Parties have filed their Joint Statement of Intent Regarding Mediation (D.E. 71), indicating that they agree to mediate with Magistrate Judge Jason B. Libby. Therefore, the Court ORDERS parties to mediate and REFERS this case for mediation before Magistrate Judge Libby. Magistrate Judge Libby will issue a separate order setting this case for mediation. If the case is not settled at mediation, the parties are ORDERED to appear for the Status Conference on **June 5, 2024 at 9:00 a.m.**

SIGNED and ORDERED this  26th  day of March 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE