UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Juventino Ayala, et al.

v.                                                          Case Number: 2:21−cv−00253

4600 Ocean Drive Condominium
Association

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Jason B Libby**

**PLACE:**      by video
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:**      4/3/2024

**TIME:**      11:30 AM

**TYPE OF PROCEEDING:**      Scheduling Conference

Date:   March 29, 2024

Nathan Ochsner, Clerk