Case 2:21-cv-00253   Document 75   Filed on 04/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUVENTINO AYALA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00253 |
| 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION, | § § § § | |
| Defendant. | § | |

## MEDIATION ORDER

1. An in-person mediation shall be conducted on **Tuesday, April 30, 2024 beginning at 9:00 a.m.** in the courtroom of Magistrate Judge Jason B. Libby located at 1133 North Shoreline Blvd., Corpus Christi, Texas 78401. The mediation is scheduled for a full day. All discussions at the Settlement Conference will be informal, off the record, privileged, and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

2. *Personal Appearance of Parties is Required*. Additionally, the participating authorized representative of any party must have full authority to settle the case.

3. *Confidential Settlement Statements Required:* No later than **12:00 noon on Tuesday, April 23, 2024**, the parties shall submit directly to Magistrate Judge Libby's chambers (email address jason_libby@txs.uscourts.gov) confidential settlement statements. *These confidential statements shall not be filed or served on opposing counsel.* Each party's confidential statement should include what counsel believes the undersigned needs to know to help the parties settle the case.

4. Counsel should notify the Court immediately if the case settles before the scheduled mediation.

ORDERED on April 3, 2024.

Jason B. Libby
United States Magistrate Judge