Case 2:21-cv-00253   Document 76   Filed on 04/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUVENTINO AYALA, *et al.*, § § Plaintiffs, § § VS. § 4600 OCEAN DRIVE CONDOMINIUM § ASSOCIATION, § § Defendant. § | CIVIL ACTION NO. 2:21-CV-00253 |

## MEDIATOR'S REPORT

This case is set for mediation before the undersigned on April 30, 2024. The parties have announced they have settled all claims prior to the mediation. Therefore, the mediation is **CANCELED**. The parties should formally inform the Court the case has settled by filing a joint notice of settlement.

ORDERED on April 23, 2024.

Jason B. Libby
United States Magistrate Judge