United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUVENTINO AYALA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00253 |
| § | |
| 4600 OCEAN DRIVE CONDOMINIUM § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## ORDER

The parties have announced to the United States Magistrate Judge that all matters in dispute and controversy between them have been fully and finally compromised and settled. They have further announced their intention to request dismissal of this action. D.E. 76. Therefore,

The parties are **ORDERED** to file with this Court, on or before **July 22, 2024**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, they are **ORDERED** to appear before this Court on **July 24, 2024, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

**ORDERED** that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause. The Clerk is **ORDERED** to terminate all settings and motions.

**ORDERED** on April 25, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE