United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUVENTINO AYALA, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00253 |
| 4600 OCEAN DRIVE CONDOMINIUM ASSOCIATION, | § § § § § | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulations of Dismissal (D.E. 78, 79), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on June 4, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1